| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br>                            Plaintiff,<br><br>v.<br><br>World Distribution Services LLC,<br>                            Defendant. | Adv. No. 24-01367 |

**CERTIFICATE OF SERVICE**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

1. I, Jennifer Hepola:

   ☐ represent the _____ in the above-captioned matter

   ☑ am the secretary/paralegal for ASK LLP, who is special counsel to the Plan Administrator and counsel to the Plaintiff in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 23, 2024, I sent a copy of the following pleadings and/or documents via US First Class Certified Mail to the parties listed below:

   - Complaint
   - Summons
   - Instructions re: The Proposed Joint Order Scheduling Pretrial Proceedings and Trial and Mediation Order

   A copy of such documents were sent via US First Class Certified mail to the following:

   <u>Registered Agent for Defendant</u> **(9589 0710 5270 0584 6724 47)**
   Corporation Service Company
   3366 Riverside Drive, Suite 103
   Upper Arlington, Ohio 43221

   <u>Defendant</u> **(9589 0710 5270 0584 6724 54)**
   Officer, Managing or General Agent
   World Distribution Services LLC
   1340 Depot Street, 2nd Floor, Suite 400
   Cleveland, Ohio 44116

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 23, 2024                         */s/ Jennifer Hepola*
                                           Signature

2