<a>
</a>

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**



| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** Marianna Udem<br>Brigette McGrath<br>Kara E. Casteel (admitted *pro hac vice*)<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* | **Order Filed on September 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>                       Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br><br>                       Plaintiff,<br>v.<br><br>World Distribution Services LLC,<br><br>                       Defendant. | Adv. No. 24-01367 (VFP) |

**ORDER DENYING, IN PART, DEFENDANT'S MOTION FOR (I) SUMMARY JUDGMENT ON COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548, 549, AND 550 AND TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. § 502; (II) FOR SANCTIONS AGAINST PLAINTIFF FOR FAILURE TO PERFORM DUE DILIGENCE; AND (III) FOR LEAVE TO FILE COUNTERCLAIM AGAINST PLAINTIFF FOR FRAUD AS SUCCESSOR IN INTEREST SHOULD THE <u>COURT NOT FIND IN FAVOR OF DEFENDANT</u>**

The relief set forth on the following two (2) pages is hereby **ORDERED**.

**DATED: September 24, 2025**

                                                                       **Honorable Vincent F. Papalia<br>
                                                                       United States Bankruptcy Judge**

**THIS MATTER**, having been presented to the Court by Defendant World Distribution Services LLC ("WDS"), by and through its counsel, upon the filing of its *Motion for (I) Summary Judgment on Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, 549, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502; (II) For Sanctions Against Plaintiff for Failure to Perform Due Diligence; and (III) For Leave to File Counterclaim Against Plaintiff for Fraud as Successor in Interest Should the Court Not Find in Favor of Defendant* (the "Motion"); and due notice hereof having been given; and after consideration of the briefs filed in support of and opposition to the Motion and following hearings conducted on July 15, 2025 and August 12, 2025; and the Court having previously entered the *Order: (I) Granting in Part, Motion for Summary Judgment in Favor of World Distribution Services LLC; and (II) Setting Additional Briefing and Hearing Schedule on Motion for Summary Judgment on Count I of the Complaint* on July 18, 2025 (Adv. Proc. Docket No. 23), pursuant to which the Court took the Motion under advisement with respect to Count I of the Complaint; and finding good and sufficient cause for the making and entry of the within Order, and for the reasons stated on the record at the hearing held August 12, 2025, it is hereby:

**ORDERED AS FOLLOWS**:

1. The Court denies WDS' request for summary judgment as to Count I, without prejudice to WDS' right to assert any counterclaims and affirmative defenses it may have.

2. The Court denies WDS' request for sanctions against Plaintiff for failure to perform due diligence.

3. Defendant shall have thirty (30) days from entry of this Order in which to file an Answer. The parties may agree to extend this deadline by written agreement, or absent agreement, upon request to this Court.

    4.       This Order shall be immediately effective and enforceable upon its entry.

    5.       The Court shall have jurisdiction over this Order and any and all matters arising from or relating to the implementation, interpretation or enforcement of this Order.