| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** Marianna Udem<br>Brigette McGrath<br>Nicholas C. Brown<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br>nbrown@askllp.com<br><br>*Special Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>World Distribution Services LLC,<br>　　　　　　　　Defendant. | Adv. No. 24-01367 (VFP) |

**ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION TO DISMISS ALL COUNTERCLAIMS OF WORLD DISTRIBUTION SERVICES LLC PURSUANT TO FED. R. CIV. P. 12(B)(6)**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

Plaintiff Michael Goldberg, in his capacity as Plan Administrator (the "Plaintiff" or "Plan Administrator") for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.) and its affiliated debtors in the above-captioned case, having filed a *Notice of Motion by Plaintiff to Dismiss All Counterclaims of World Distribution Services LLC Pursuant to Fed. R. Civ. P. 12(b)(6)* (the "Motion to Dismiss"), and the Court having considered all submissions made in connection with the Motion, and for good cause shown:

**IT IS on this _____ day of _____, 2026,**

**ORDERED THAT:**

1. The Plan Administrator's Motion to Dismiss is granted as set forth herein; and
2. All counterclaims asserted by the defendant, World Distribution Services LLC, in its *Answer, Affirmative Defenses, and Counterclaims to Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, 549, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502*, are hereby dismissed with prejudice.

_____
**HON. VINCENT F. PAPALIA**
**United States Bankruptcy Judge**