| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Marianna Udem<br>Brigette McGrath<br>Nicholas C. Brown<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br>nbrown@askllp.com<br><br>*Special Counsel to the Plan Administrator* | Case No.:       23-13359 (VFP)<br><br>Chapter:         11 |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                Debtor. | Adv. No.:       24-01367 (VFP)<br><br>Hearing Date: January 13, 2026 at 10:00 a.m.<br><br>Judge:            The Honorable Vincent F. Papalia |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br><br>                Plaintiff,<br><br>v.<br><br>World Distribution Services LLC,<br><br> Defendant. | |

**CERTIFICATION OF SERVICE**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

1. I, Nicholas C. Brown:

    ☒ represent the Plan Administrator in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On November 26, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion to Dismiss All Counterclaims of World Distribution Services LLC Pursuant to Fed. R. Civ. P. 12(b)(6)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    November 26, 2025                /s/ Nicholas C. Brown
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| World Distribution Services LLC<br>c/o Thomas R. Fawkes, Esq.<br>Tucker Ellis LLP<br>233 South Wacker Dr., Ste. 6950<br>Chicago, IL 60606 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| World Distribution Services LLC<br>c/o Maha Kabbash, Esq.<br>Tucker Ellis LLP<br>1776 On the Green<br>67 E. Park Place, Ste. 900<br>Morristown, NJ 07960 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail |

|  |  | ☐ Certified mail/RR <br><br> ☐ Other Click or tap here to enter text. <br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other Click or tap here to enter text. <br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other Click or tap here to enter text. <br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

3