TUCKER ELLIS LLP
1776 On the Green
67 E. Park Place, Ste. 500
Morristown, NJ 07960
Telephone: (862) 261-2532

Brian J. Jackiw (admitted *pro hac vice*)
TUCKER ELLIS LLP
233 South Wacker Drive
Suite 6950
Chicago, Illinois 60606-9997
Telephone: (312) 624-6300

*Counsel to Defendant World Distribution Services LLC*



**Order Filed on January 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **In re:** <br><br> **BED BATH & BEYOND, INC.,** *et al.* <br><br> *Debtors*. | **Case No. 23-13359 (VFP)** <br><br> **(Jointly Administered)** <br><br> **Chapter 11** |
| **Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond,** <br>     **Plaintiff,** <br><br> v. <br><br> **World Distribution Services LLC** <br><br>     **Defendant.** | **Adv. Case No. 24-01367** |

## ORDER

**DATED: January 27, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

7216198.1

Plaintiff Michael Goldberg, as Plan Administrator (the "Plan Administrator") having filed a Motion to Dismiss (the "Motion"), and World Distribution Services LLC ("WDS") having filed an opposition to the same, and the Court having considered all submissions made in connection with the Motion and heard the arguments of counsel at a hearing held on January 13, 2026 (the "Hearing"). and for the reasons and on the basis set forth on the record at the Hearing; and for good cause shown: **IT IS on this _____ day of January 2026,**

**ORDERED THAT:**

1. Defendant WDS shall amend its Answer, Affirmative Defenses, and Counterclaims (the "<u>Amendment</u>") and submit a statement in support of the Amendment no later than January 27, 2026;

2. Plaintiff shall review and file its response no later than February 16, 2026;

3. Defendant may file a reply by February 20, 2026; and

4. The Court will conduct a hearing on the Motion on February 26, 2026 at 2:30 p.m. Parties may appear in person or may request to appear by Zoom by contacting chambers.

7216198.1