UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Maha M. Kabbash, Esq. (MK-0163)
TUCKER ELLIS LLP
1776 On the Green
67 E. Park Place, Ste. 900
Morristown, NJ 07960
Telephone: (862) 261-2532

Brian J. Jackiw (admitted *pro hac vice*) TUCKER ELLIS LLP
233 South Wacker Drive
Suite 6950
Chicago, Illinois 60606-9997
Telephone: (312) 624-6300

*Counsel to Defendant World Distribution Services LLC*

**Order Filed on March 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In re:**

**BED BATH & BEYOND, INC.,** *et al.*

    *Debtors*.

**Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond,**
    **Plaintiff,**
**v.**

**World Distribution Services LLC**
    **Defendant.**

Case No. 23-13359 (VFP)

(Jointly Administered)

Chapter 11

Adv. Case No. 24-01367

**ORDER (I) GRANTING, IN PART, LEAVE FOR DEFENDANT TO AMEND ITS ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS; (II) DENYING IN PART AND GRANTING IN PART THE PLAN ADMINISTRATOR'S MOTION TO DISMISS COUNTERCLAIMS; AND (III) SETTING PRE-TRIAL CONFERENCE**

The Relief set forth on the following pages are hereby ORDERED.

**DATED: March 9, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

6831125.1

|  |  |
|---|---|
| Debtor: | BED BATH & BEYOND, INC., *et al.* |
| Case No.: | 23-13359 (VFP); Adv. No. 24-01367 |
| Caption of Order: | ORDER (I) GRANTING, IN PART, LEAVE FOR DEFENDANT TO AMEND ITS ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS; (II) DENYING IN PART AND GRANTING IN PART THE PLAN ADMINISTRATOR'S MOTION TO DISMISS COUNTERCLAIMS; AND (III) SETTING PRE-TRIAL CONFERENCE |

Plaintiff and Counter-Defendant Michael Goldberg, as Plan Administrator (the "Plan Administrator") and Defendant and Counter-Plaintiff World Distribution Services LLC ("WDS") having filed various pleadings with this Court including: (i) WDS's Answer, Affirmative Defenses, and Counterclaims [Dkt. No. 31]; (ii) the Plan Administrator's Motion to Dismiss Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6) [Dkt. No. 32, the "Motion to Dismiss"]; (iii) WDS's Opposition to the Motion to Dismiss [Dkt. No. 33]; (iv) the Plan Administrator's Reply in Support of the Motion to Dismiss [Dkt. No. 34]; (v) WDS's First Amended Answer, Affirmative Defenses, and Counterclaims [Dkt. No. 39]; (vi) WDS's Statement in Support of Amendment of Answer, Affirmative Defenses, and Counterclaims [Dkt. No. 40, the "Support Briefing"]; (vii) the Plan Administrator's Statement in Opposition to WDS's Amendment of Answer, Affirmative Defenses, and Counterclaims [Dkt. No. 41]; and (viii) WDS's Reply to Plan Administrator's Statement in Opposition [Dkt. No. 42]. On February 26, 2026, this Court conducted a hearing on (a) WDS's request for leave to file its First Amended Answer, Affirmative Defenses, and Counterclaims (the "Amended Answer") and (b) the Plan Administrator's Motion to Dismiss, and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. WDS is hereby granted leave, effective as of January 27, 2026 (the date on which the Amended Answer was filed), in part, to file its Amended Answer, except as otherwise set forth below.

(Page 3)

| | |
|---|---|
| Debtor: | BED BATH & BEYOND, INC., *et al.* |
| Case No.: | 23-13359 (VFP); Adv. No. 24-01367 |
| Caption of Order: | ORDER (I) GRANTING, IN PART, LEAVE FOR DEFENDANT TO AMEND ITS ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS; (II) DENYING IN PART AND GRANTING IN PART THE PLAN ADMINISTRATOR'S MOTION TO DISMISS COUNTERCLAIMS; AND (III) SETTING PRE-TRIAL CONFERENCE |

2. The Motion to Dismiss is hereby denied as to Counterclaims I, II, and IV, and granted as to Counterclaim III, which shall be dismissed with prejudice.

3. The Plan Administrator shall file his answer to Counterclaims I, II, and IV no later than March 26, 2026.

4. A pre-trial conference in this adversary proceeding shall be held on March 19, 2026 at 2:30 p.m. prevailing Eastern time. If the parties submit an agreed pre-trial order to the Court in advance of the pre-trial conference, the Court may cancel the pre-trial conference and relieve the parties of attendance. In advance of the pre-trial conference date, the parties are also to advise the Court whether they wish to mediate this case prior to engaging in further discovery or possibly at a later date. If only one party does not consent to mediation at this or a later time, the identity of that party need not be disclosed; however, the Court will schedule a further pre-trial conference at a later date to address mediation, discovery, scheduling and/or other pre-trial issues.

6831125.1

(Page 4)

| | |
|---|---|
| Debtor: | Colinear Machine & Design Holdings, LLC |
| Case No.: | 25-10813 (VFP) |
| Caption of Order: | Order Approving Private Sale of the Debtor's Assets Pursuant to Asset Purchase Agreement Under 11 U.S.C. § 363(b)(f)(k) and (m) |

6831125.1