**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marianna Udem
Brigette McGrath
ASK LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com

*Special Counsel to the Plan Administrator*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br>        Plaintiff,<br><br>v.<br><br><br>World Distribution Services LLC,<br>        Defendant. | Adv. No. 24-01367 |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

1

**STIPULATED SCHEDULING ORDER**

Michael Goldberg, in his capacity as Plan Administrator (the "Plaintiff" or "Plan Administrator") for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.) and its affiliated debtors (each, a "Debtor" and collectively, the "Wind-Down Debtors" or "Debtors"), and World Distribution Services LLC (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulated Scheduling Order* (the "Scheduling Order") and hereby stipulate and agree as follows:

1.     On August 9, 2024, the Bankruptcy Court entered the *Order Granting Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 542, 547, 548, 549 and 550 of the Bankruptcy Code* [ECF No. 3445] (the "Procedures Order").

2.     Since the Procedures Order was entered, the Court has conducted hearings and ruled on Defendant's *Notice of Motion by Defendant World Distribution Services LLC for Summary Judgment* [Adv. Docket No. 12] and Plaintiff's *Motion to Dismiss All Counterclaims of World Distribution Services LLC Pursuant to Fed. R. Civ. P. 12(b)(6)* [Adv. Docket No. 32].

3.     Also since the Procedures Order was entered, the Parties have participated in a mediation which resulted in impasse.

4.     The Parties recognize, agree, and stipulate that the deadlines set forth in the Procedures Order must be modified to allow time for discovery as outlined below.

5.     The Parties agree and stipulate that the time within which Plaintiff may file an Answer to the Defendant's Counterclaims shall be March 26, 2026 (the "Answer Deadline").

6.     The Parties agree and stipulate that the initial disclosures required under Rule 7026(a)(1) shall be made within fourteen (14) days following the Answer Deadline.

7. All written interrogatories, document requests, and requests for admission, if any, may be served upon the adverse party any time after the Answer Deadline. All written interrogatories, document requests, and requests for admission, if any, must be served upon the adverse party no later than April 30, 2026.

8. The parties shall have through and including September 30, 2026 to complete non-expert fact discovery, including depositions of fact witnesses.

9. Under the provisions of Fed. R. Civ. P. 26(a)(2), disclosures and reports of the parties' case-in-chief, or experts and reports concerning an issue to which the party bears the burden of proof, if any, shall be made to the adverse party on or before October 31, 2026.

10. Under the provisions of Fed. R. Civ. P. 26(a)(2), disclosures and reports of the parties' rebuttal experts, if any, shall be made to the adverse party on or before November 30, 2026.

11. All expert discovery, including expert witness depositions, shall be concluded on or before December 31, 2026.

12. The Parties agree and stipulate that all dispositive motions shall be filed and served by January 31, 2027.

13. This Stipulated Scheduling Order is without prejudice to either Party's right to seek further extensions of such deadlines.

Dated: March 17, 2026

**ASK LLP**

/s/ *Brigette McGrath*
Brigette McGrath, Esq.
NJ SBN 01000-2011
Joseph L. Steinfeld, Jr., Esq.
MN 0266292
Nicholas C. Brown, Esq.
VA SBN 99898, NC SBN 38054
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3857
Email: bmcgrath@askllp.com

*-and-*

Marianna Udem, Esq., NJ SBN 03659-2006
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Email: mudem@askllp.com

*Counsel for Plaintiff*

Dated: March 17, 2026

**TUCKER ELLIS LLP**

/s/  *Maha M. Kabbash*
Maha M. Kabbash
TUCKER ELLIS LLP
1776 On the Green
67 E. Park Place, Ste. 900
Morristown, NJ 07960
Telephone: (862) 261-2532
Email:  maha.kabbash@tuckerellis.com

*-and-*

 /s/   *Brian J. Jackiw*
Brian J. Jackiw, Esq.
IL Atty No. 6296807
233 South Wacker Drive, Ste. 6950
Chicago, IL 60606
Telephone: (312) 256-9426
Email: brian.jackiw@tuckerellis.com

*Counsel for Defendant*

4